UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

SEAN R. RAYMOND, SR.,

              Plaintiff,

      -against-

1199 SEIU NATIONAL BENEFIT FUND,

              Defendant.

------------------------------------ x

ORDER

20 Civ. 10380 (GBD) (GWG)

GEORGE B. DANIELS, United States District Judge:

    Parties shall appear before this Court on June 15, 2023 at 10:30 a.m. for oral argument on Defendant's motion for summary judgment.

Dated: April 13, 2023
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge