UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x
SEAN R. RAYMOND, SR., :
:
                      Plaintiff, :
: <u>ORDER</u>
     -against- :
: 20 Civ. 10380 (GBD) (GWG)
1199SEIU NATIONAL BENEFIT FUND, :
:
                    Defendant. :
:
------------------------------------------x

GEORGE B. DANIELS, United States District Judge:

     Defendant's request for an extension to file the Joint Pre-Trial Order (ECF No. 65) is GRANTED. The parties shall submit the Joint Pre-Trial Order by February 9, 2024.

     The parties are directed to appear before this Court for a pre-trial conference on February 21, 2024 at 9:45 a.m.

Dated: New York, New York
         January 8, 2024

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge