UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x

SEAN R. RAYMOND, SR.,

                     Plaintiff,

    -against-

1199SEIU NATIONAL BENEFIT FUND,

                     Defendant.

------------------------------------------x

**ORDER**

20 Civ. 10380 (GBD) (GWG)

GEORGE B. DANIELS, United States District Judge:

    The May 29, 2024 pre-trial conference is adjourned to June 17, 2024 at 10:00 a.m.

    The Clerk of Court is directed to close the motion at ECF No. 78.

Dated: New York, New York
       May 22, 2024

SO ORDERED.

_George B. Daniels_
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE