UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SEAN R. RAYMOND, SR.,                          :
                                               :
                      Plaintiff,               :        20 **CIVIL** 10380 (GBD) (GWG)
                                               :
        -against-                              :        **JUDGMENT**
                                               :
1199SEIU NATIONAL BENEFIT FUND,                :
                                               :
                      Defendant.               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

It is hereby **ORDERED, ADJUDGED, AND DECREED**:  That after a Jury Trial before

the Honorable George B. Daniels, United States District Judge, the jury having returned a verdict

in favor of Defendant, the Complaint is hereby dismissed.  The Clerk of Court is directed to close

this action.


**DATED**:  July 2, 2024
        New York, New York


**So Ordered:**

                                                        **DANIEL ORTIZ**
                                                        _____
                                                        **Acting Clerk of Court**

*George B. Daniels*                           BY:
_____                                 _____
GEORGE B. DANIELS                                       **Deputy Clerk**
UNITED STATES DISTRICT JUDGE