**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------x

SEAN R. RAYMOND, SR.,

Plaintiff,

-against-

1199 SEIU NATIONAL BENEFIT FUND,

Defendant.

---------------------------------------x

ORDER

20 Civ. 10380 (GBD)

GEORGE B. DANIELS, United States District Judge:

All counsel in the above-captioned matter are directed to appear before this Court on November 12, 2026 at 9:45 A.M. for a status conference.

Dated: September 15, 2026,
New York, New York

SO ORDERED.

GEORGE B. DANIELS
United States District Judge